IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Crystal Weaver Brown, ) | C/A No. 5:20-cv-02347-SAL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **OPINION & ORDER** |
| ) | |
| Kilolo Kijakazi, Acting Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

  Plaintiff Crystal Weaver Brown ("Plaintiff") brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the final decision of the Commissioner of Social Security ("Commissioner") denying her claim for Supplemental Security Income pursuant to the Social Security Act. [ECF No. 1.] In accordance with 28 U.S.C. § 636 and Local Civil Rule (D.S.C.) 73.02 (B)(2)(a), this matter was referred to United States Magistrate Judge Kaymani D. West for pre-trial handling. On September 21, 2021, the Magistrate Judge issued a Report and Recommendation ("Report"), recommending that the Commissioner's decision be affirmed. [ECF No. 52.] Attached to the Report is a Notice of Right to File Objections. [ECF No. 52-1.] Neither party filed objections to the Report, and the time for filing objections has lapsed.

  The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a de novo determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to

1

accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, and incorporates the Report by reference herein. Accordingly, the Commissioner's decision is **AFFIRMED**.

    **IT IS SO ORDERED.**

                                                    /s/ Sherri A. Lydon
                                                  United States District Judge

October 22, 2021
Florence, South Carolina